FILED

2023 MAY -5 PM 4: 10

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 6:23-cr-92-RBD-DCI
26 U.S.C. § 7201

JEFFERY SCOTT DONALDSON

## INFORMATION

The United States Attorney charges:

### General Allegations

At all times relevant to this Information:

1. The Defendant, JEFFERY SCOTT DONALDSON ("DONALDSON") was a U.S. citizen and single individual residing in Orlando, Florida, in the Middle District of Florida.

2. Business A was a mortgage company operating in Orlando.

3. The Internal Revenue Service ("IRS") was an agency of the U.S. Department of Treasury responsible for the enforcement and administration of the tax laws of, and the collection of taxes owed to, the United States.

4. During calendar year 2016, Business A employed DONALDSON and paid him approximately $248,267 in wages.

5. An IRS Form W-4, Employee's Withholding Allowance Certificate ("Form W-4"), was a form required to be signed under penalty of

due and owing by him to the United States, for the calendar year 2016, by committing affirmative acts of evasion, that is:

    a.    maintaining on record with his employer, Business A, a Form W-4, dated October 9, 2015, that he previously provided to Business A, falsely stating he was exempt from all tax and withholding; and

    b.    submitting to his employer, Business A, a Form W-4, dated February 15, 2016, falsely stating he was exempt from all tax and withholding.

In violation of 26 U.S.C. § 7201.

ROGER B. HANDBERG
United States Attorney

By: *[signature]*

Brian E. Flanagan
Isaiah Boyd III
Trial Attorneys
U.S. Dep't of Justice, Tax Division

By: *[signature]*

Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Orlando Division